Case 4:07-cr-00232-BRW   Document 107   Filed 04/01/15   Page 1 of 1

Order Regarding Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(2)  – USSG Amendment 782.

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

UNITED STATES OF AMERICA
V.

Jose Israel Garcia

| | |
|---|---|
| Case Number: | 4:07CR00232-03-BRW |
| USM | 24751-009 |

**Date of Original Judgment:** October 30, 2008

**Date of Previous Amended Judgment:** N/A    N/A
*(Use Date of Last Amended Judgment if Any)*    Defendant's Attorney

### ORDER REGARDING MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(C)(2)

Upon motion of    ☐ the defendant    ☐ the Director of the Bureau of Prisons    **X** the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
   ☐ DENIED.
   **X** GRANTED and the defendant's previously imposed sentence of imprisonment of
      168 months **is reduced to 140 months.**

Except as provided above, all provisions of the judgment dated October 30, 2008 will remain in effect.

**IT IS SO ORDERED.**

Order Date: April 1, 2015_____    /s/ Billy Roy Wilson_____
                                             United States District Judge

Effective Date: November 1, 2015_____
         (If different from order date)